# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Randell McIntosh, | Case No. 23-cv-2696 (JMB/LIB) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Eric Williams, | |
| Respondent. | |

The Court has received the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (Doc. No. 10.) No party objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS ORDERED THAT:

1. The Report and Recommendation (Doc. No. 10) is ADOPTED; and
2. Petitioner Patrick Randell McIntosh's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Doc. No. 1), is DENIED;
3. Petitioner's two Applications to Proceed in District Court Without Prepaying Fees or Costs, (Doc. Nos. 4, 8), are DENIED as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 2, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court